## EX PARTE ROGERS.

(Decided October 19, 1919. 73 South. 1001.)

CERTIORARI to Court of Appeals.

CRAIG & CRAIG, for petitioner. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

ANDERSON, C. J.—Petition of John Rogers for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Rogers v. The State*, 15 Ala. App. 148, 72 South. 689. Writ denied.

## EX PARTE ROSS.

(Decided October 19, 1916. 73 South. 1001.)

CERTIORARI to Court of Appeals.

TENNIS TIDWELL, for petitioner. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, contra.

SOMERVILLE, J.—Petition of Charles Ross for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Ross v. The State*, 15 Ala. App. 187, 72 South. 759. Writ denied.

## EX PARTE SHERMAN.

(Decided October 19, 1916. Rehearing denied January 18, 1917. 73 South. 1002.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for petitioner. W. L. MARTIN, Attorney General, contra.

Per Curiam.—Petition of S. M. Sherman for certiorari to Court of Appeals to review and revise the judgment of the said court affirming the judgment of the trial court in the case of *Sherman v. The State*, 15 Ala. App. 175, 72 South. 755. Writ denied.

## EX PARTE STATE IN RE. DIAMOND v. THE STATE.

(Decided December 7, 1916. 73 South. 1002.)

CERTIORARI to Court of Appeals.

W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, for petitioner. W. L. PARKS, contra.